In the United States Bankruptcy Court
For the District of Maryland

In Re: Cynthia D. Cotton                                    Case #: 07-22153DK
                                                            Chapter 13

    Debtor(s)

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

COVER SHEET FOR AMENDED SCHEDULES E and F

   I hereby certify under penalty of perjury that the attached AMENDED SCHEDULES E and F are true, correct and complete to the best of my knowledge.


_2/7/08_____                    _/S/ Cynthia D. Cotton_____
Date                                  Debtor



_____                        _____
Date                                  Debtor

IN RE **Cotton, Cynthia D** _____     Case No. **07-22153** _____
<span style="text-align:center">Debtor(s)</span>

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

IN RE **Cotton, Cynthia D**  
_____  
Debtor(s)

Case No. **07-22153**

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Comptroller Of MD**<br>**Compliance Division**<br>**301 W. Preston St #409**<br>**Baltimore, MD  21201** | | | **06 Income taxes.** | | | | **1,648.00** | **1,648.00** | |
| ACCOUNT NO.<br>**IRS Special Procedures**<br>**31 Hopkins Plaza #1150**<br>**Baltimore, MD  21201** | | | **06 Income Taxes** | | | | **6,600.00** | **6,600.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **8,248.00**  $ **8,248.00**  $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **8,248.00**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **8,248.00**  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06)

IN RE **Cotton, Cynthia D** _____   Case No. **07-22153** _____
                              Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0472** <br> **Amer Col Ent** <br> **6094d Franconia Rd** <br> **Alexandria, VA  22310** | | | **Open account opened 10/05** | | | | **253.00** |
| ACCOUNT NO. **1893** <br> **Amer Col Ent** <br> **6094d Franconia Rd** <br> **Alexandria, VA  22310** | | | **Open account opened 6/04** | | | | **50.00** |
| ACCOUNT NO. **0290** <br> **American Collections E** <br> **6094 Franconia Rd Ste D** <br> **Alexandria, VA  22310** | | | **Open account opened 1/07** | | | | **680.00** |
| ACCOUNT NO. **0256** <br> **American Collections E** <br> **6094 Franconia Rd Ste D** <br> **Alexandria, VA  22310** | | | **Open account opened 8/07** | | | | **676.00** |

___**2**___ continuation sheets attached

Subtotal (Total of this page) $ **1,659.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Cotton, Cynthia D** _____  Case No. **07-22153** _____
　　　　　　　　　　Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0025** <br> **Baltimore County States Attorney** <br> **Bad Check Restitution Program** <br> **P.O. Box 10653** <br> **Baltimore, MD 21285** | | | | | | | **239.20** |
| ACCOUNT NO. **9301** <br> **BGE** <br> **P.O. Box 1475** <br> **Baltimore, MD 21203-1475** | | | | | | | **635.05** |
| ACCOUNT NO. **1063** <br> **Comcast** <br> **8031 Corporate Drive** <br> **Whie Marsh, MD 21236-4977** | | | | | | | **747.83** |
| ACCOUNT NO. **3155** <br> **Diversified** <br> **P O Box 551268** <br> **Jacksonville, FL 32255** | | | **Open account opened 3/07** | | | | **792.00** |
| ACCOUNT NO. **3823** <br> **Equidata** <br> **724 Thimble Shoals Blvd** <br> **Newport News, VA 23606** | | | **Open account opened 8/07** | | | | **660.00** |
| ACCOUNT NO. **8547** <br> **Equidata** <br> **724 Thimble Shoals Blvd** <br> **Newport News, VA 23606** | | | **Open account opened 6/07** | | | | **369.00** |
| ACCOUNT NO. **7217** <br> **Equidata** <br> **724 Thimble Shoals Blvd** <br> **Newport News, VA 23606** | | | **Open account opened 9/07** | | | | **263.00** |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,706.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Cotton, Cynthia D** _____ Case No. **07-22153** _____
                                     Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4354** <br> **Equidata** <br> **724 Thimble Shoals Blvd** <br> **Newport News, VA  23606** | | | **Open account opened 2/07** | | | | **251.00** |
| ACCOUNT NO. **5691** <br> **Equidata** <br> **724 Thimble Shoals Blvd** <br> **Newport News, VA  23606** | | | **Open account opened 11/06** | | | | **117.00** |
| ACCOUNT NO. **2003** <br> **Mercy Medical Center** <br> **C/O Neil Bloom** <br> **1220A E. Joppa Rd #223** <br> **Baltimore, MD  21286** | | | | | | | **958.97** |
| ACCOUNT NO. **7336** <br> **Sec Check** <br> **2612 C Jackson Ave** <br> **Oxford, MS  38655** | | | **Open account opened 7/07** | | | | **235.00** |
| ACCOUNT NO. **2007** <br> **UMMS** <br> **C/O Neil Bloom** <br> **1220A E Joppa Rd #223** <br> **Baltimore, MD  21286** | | | | | | | **3,143.33** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**2**__ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,705.30**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **10,070.38**

In the United States Bankruptcy Court
For the District of Maryland

In Re: Cynthia D. Cotton             Case No. 07-22153DK
                                                       Chapter 13
     Debtor(s)

*  *  *  *  *  *  *  *  *  *  *  *

### CERTIFICATE OF SERVICE- LOCAL RULE 1009-1

I HEREBY CERTIFY that copies of the attached AMENDED SCHEDULES E and F and NOTICE OF CHAPTER 13 BANKRUPTCY CASE were mailed first class, postage pre-paid unto the below listed parties on the 7th day of February, 2008.

                                       /S/ James R. Logan
                                       James R. Logan
                                       Attorney for the Debtor
                                       2539 N. Charles Street
                                       Baltimore, MD 21218
                                       (410) 243-1508

```
Gerard R. Vetter, Trustee
7310 Ritchie Hwy, #715
Glen Burnie, MD 21061
```

Supplemental Mailing Matrix

Baltimore County States Attorney
Bad Check Restitution Program
P.O. Box 10653
Baltimore, MD 21285


BGE
P.O. Box 1475
Baltimore, MD 21203-1475


Comptroller of MD
Compliance Division
301 W. Preston St, #409
Baltimore, MD 21201

**B9I (Official Form 9I)** (Chapter 13 Case) (12/07)      Case Number **07−22153**

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on 12/1/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### *** See Reverse Side For Important Explanations and Possible Dismissal ***

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cynthia D Cotton
1128 Wilson Avenue
Gwynn Oak, MD 21207

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 07−22153   dk | xxx−xx−3411 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| James R. Logan<br>James R. Logan P.A.<br>2539 N. Charles Street<br>Baltimore, MD 21218<br>Telephone number: (410) 243−1508 | Gerard R. Vetter<br>7310 Ritchie Highway<br>Suite 715<br>Glen Burnie, MD 21061−3293<br>Telephone number: (410) 766−9665 |

### Meeting of Creditors
Date: **January 10, 2008**      Time: **09:00 AM**
Location: **101 W. Lombard Street, Garmatz Courthouse, 2nd Fl., #2650, Baltimore, MD 21201**

### Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

| | |
|---|---|
| **Deadline to File a Proof of Claim:** | **For all creditors** (except a governmental unit): **4/9/08**<br>For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **5/29/08** |
| **Deadline to Object to Exemptions:** | Thirty (30) days after the *conclusion* of the meeting of creditors. |
| **Deadline to Object to Plan:** | Creditor's objections to the plan must be filed and copies served on the Chapter 13 Trustee, the debtor, and the debtor's attorney no later than 8 days before the date set for hearing on confirmation of the plan. |
| **Deadline to File Certain Pleadings:** | Debtor's motions to value collateral, motions to avoid liens, and all other motions which may impact the debtor's plan, should be filed by **1/10/08** |

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 3/10/08

### Filing of Plan, Hearing on Confirmation of Plan
**The debtor has not filed a plan as of this date. A copy of the plan will be sent to you under separate cover by the debtor.**
If the chapter 13 trustee recommends confirmation, and no timely objections to confirmation are filed, then the court may confirm the plan, and there will be no confirmation hearing. Timely filed objections to confirmation of the plan and motions to convert or dismiss, will be taken up at the Plan Confirmation Hearing. The Plan Confirmation Hearing will be held:
Date: **2/12/08**      Time: **10:00 AM**
Location: **101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Baltimore Division<br>101 West Lombard Street, Ste. 8308<br>Baltimore, MD 21201<br>Telephone number: (410) 962−2688 | Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 12/5/07 |