Ms. Cynthia Diane Cotton
1128 Wilson Avenue
Gwynn Oak, Maryland 21207
Case #07-22153-DK
February 19, 2008

To The Honorable Judge;

Given the mortgage industry burst, millions of people are facing foreclosure due to unethical practices. This is a middle-aged woman, mother and grandmother fighting for her livelihood. I had to close my licensed daycare, which I used exclusively for self-employment purposes before Baltimore City would buy my old home. My business was discontinued as of November 16, 2006. I felt great about my decision. I knew it was time for a change and looked forward to relocating my business in the county. On June 8, 2007, I bought the house at 1128 Wilson Avenue in Gwynn Oak, Maryland (21207) for $236,000. I put down over $100,000 on this house. A few months later, Warning of Enforcement Action letters started arriving in the mail to my address. I soon realized the unforeseen affects of high variable interest rates. Unable to pay monthly mortgage and my basic household expenses, I faced foreclosure or bankruptcy.

Cotton Family Daycare reopened effective February 1, 2008. I fought and struggled to buy my first home; I felt happy about my second home and a new beginning, but now I can't trust anyone. Do you believe my mortgage payments are this high considering over $100,000 was my down payment on this house. It's obvious that my lawyer failed to do his job or wants me to lose my home and business. He screens his phone calls, will not return any of my messages that I have left on his

answering machine; will not appear in court on my behalf, misled the court because he never conveyed to appropriate parties that I met the adjustable interest rate criteria recently signed by President Bus, and intentionally set my trustee payment high. The mortgage company refused to take January mortgage payment until he notified them, which was over 30 days from the date I first visited his office - 11-29-07 (call on 1-3-08) (November 29, 2007). Once I mentioned to him that I was going back to bankruptcy court, then he followed up with the contact he had assured me he would do when I was in his office. Before filing bankruptcy, I hand-delivered all past due bills to my lawyer; specifically asked him to include all balances; he would dismiss my earlier concerns saying, "I'll take care of it. It will be taken care of." As of today my home phone is disconnected (which is vital in order to keep my business open). I still receive letters from creditors that he neglected to include on my bankruptcy. If my business closes I can't pay my mortgage or trustee. Comcast said to me that all the lawyer has to do is contact them and they'll restore my telephone service. I've left numerous messages on his answering machine and told him I didn't deserve this treatment. My new payment plan starting March 1, 2008 is $565.

James R. Logan, Esquire
2539 N. Charles Street
Baltimore, Md. 21218
(410) 243-1508


Gerard R. Vetter, Trustee
(410) 766-9665

# comcast.

*Visit us on the web at*
*www.comcast.com*

| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09519 012431-06-3 | DUE NOW | $747.83 |



✓ Indicates the Comcast services you subscribe to

**CYNTHIA COTTON**

For service at:
1128 WILSON AV
BALTIMORE MD 21207-4714

Your FCC Community Code is MD0083

## News from Comcast

**FINAL NOTICE!** - Your account is seriously past due. Immediate payment is due at one of our lobby locations to avoid service interruption. A late fee has been added to your bill. If we fail to receive immediate payment, your account may be subject to service restoration fees of $1.99 for Video, $3.00 for High Speed Internet & $3.00 for Digital Voice. If your account is disconnected, a reconnect fee of $30.99 will be charged to reactivate service. There will be a $20 non-refundable collection fee added to your account for all payments to our field collectors. Do not mail.

Comcast Preferred Plus Bundle includes Full Standard Service with Digital Plus, HBO, Showtime and Starz, plus our 6MB High Speed Internet Service and Digital Voice Service-all for only $129.99* per month for 12 months. You save over 26% every month with the Comcast Preferred Plus Bundle.

(*Applicable taxes, franchise fees and additional services not included)
You can now make **one time,** as well as **recurring,** credit card payments at NO CHARGE through our website, www.comcast.com.

### How to reach us...

☎ For all inquiries/questions concerning your Cable TV, Internet, or Digital Voice service, please call 410-427-9600.

✉ Please send all written correspondence to:
8031 Corporate Drive, Baltimore, MD 21236

### Summary of Charges

Statement Prepared 01/31/08
Billed from 02/10/08 to 03/09/08

| | |
|---|---:|
| Previous Balance | 548.59 |
| Comcast Cable Television | 91.79 |
| Comcast High Speed Internet | 36.00 |
| Comcast Digital Voice | 59.41 |
| Taxes, Surcharges & Fees | 12.04 |
| **Total Due** | **$747.83** |

*Detail of Charges on back*

---

# comcast.

8031 CORPORATE DRIVE
WHITE MARSH MD 21236-4977

**RETURN SERVICE REQUESTED**

#BWNMZNH
#PIEAIPABDCAPF0#
AV 02 051637 00023B294 A**5DGT

CYNTHIA COTTON
1128 WILSON AV
BALTIMORE MD 21207-4714

Please detach and enclose this coupon with your payment.
Do not send cash. Make checks payable to:
*COMCAST*

| Date Due | Total Amount Due | AMOUNT ENCLOSED |
|---|---|---|
| DUE NOW | $747.83 | $ |
| 060-02-08-B-C | Account Number | 09519 012431 06-3 |

COMCAST
PO BOX 3005
SOUTHEASTERN PA
19398-3005

09519 012431 06 3    4    074783

**RECEIPT**

DATE: 11/25/07    No. 159479

FROM: Cynthia Cotton    $ 900

Apt 13    900 DOLLARS

☐ FOR RENT
☐ FOR _____

| ACCT. | | ○ CASH | FROM | TO |
| PAID | | ○ CHECK | | |
| DUE | | ○ MONEY ORDER | BY | |

1152

**James R. Logan P.A.**
Attorney at Law
2539 North Charles Street
Baltimore, MD 21218
(410) 243-1508
Fax (410) 243-9697
jamesrlogan@verizon.net

November 29, 2007

Cynthia D. Cotton

Re: Chapter 13 Plan Bankruptcy

Dear Ms. Cotton:

    Thank you for retaining me to represent you in a Chapter 13 Bankruptcy proceeding. This letter will spell out the duties and obligations of each party.

    The fee for a Chapter 13 is $3,495.00 plus $274.00 filing fee charged by the bankruptcy court, $100.00 for mandatory credit counseling and $20.00 for a mandatory credit report. This is payable $924.00 before filing and the balance through the Chapter 13 Plan. This fees covers analysis of your financial situation, rendering legal advice regarding bankruptcy, dealing with creditors, preparing and filing petitions, schedules, statement of financial affairs and motions in connection with your case, and appearing on your behalf at the Meeting of Creditors and the Plan Confirmation Hearing.

    I will also defend any motions filed in your case and file claims objections as appropriate. I will remain the attorney of record in your case until it is completed or is dismissed by the Bankruptcy Court. After 6 months from the entry of the order confirming your plan, I may request additional fees for additional work and a separate agreement may be prepared for such work. I reserve the right to remove my appearance for cause and will notify you by mail before filing a motion to strike my appearance.

    This fee does NOT include representation in adversary hearings, contested bankruptcy proceedings or U.S Trustee Audits.

    There are four (4) things you MUST do in order to make your Chapter 13 case work.

1. You MUST pay your mortgage and car payments on time after filing. All payments should be made by personal check or Western Union. **<u>DO NOT SEND MONEY ORDERS.</u>**
2. You MUST make your plan payments on time.
3. You MUST attend your Meeting of Creditors.
4. You MUST attend your Plan Confirmation.

*Cynthia D. Cotton*

# REMINDER- put this notice on your refrigerator

Your Case # is: 07-22153

Your Trustee is: Gerard R. Vetter

Your Plan Payment amount is: $425.00 a month

Your Plan Payment is due by: December 31, 2007 and *last day of each month*

Send your check or money order to:   Gerard R. Vetter, Trustee
P.O. Box 580
Memphis, TN 38101-0580

Make sure you put your case # on your check or money order.

Your Meeting of Creditors is scheduled for: January 10, 2008

At 101 West Lombard Street, 2nd Floor

Meet me there at: 9:00am

Your Confirmation hearing is scheduled for: February 12, 2008

At 101 West Lombard Street, 1st Floor

Meet me there at: 9:00am ✓ *was not in court*

If you have any questions, or can't make your hearings, call me at (410) 243-1508.

Thank You, Jim Logan.

# GERARD R. VETTER
## Chapter 13 Trustee
PHONE (410) 766-9665
FAX (410) 766-8736

**Address for Correspondence:**
7310 Ritchie Highway, Suite 715
Glen Burnie, MD 21061

**Address for Plan Payments:**
P.O. Box 580
Memphis, TN 38101-0580

December 11, 2007

Cynthia D Cotton
1128 Wilson Avenue
Gwynn Oak, Md 21207

Your Case Number Is:
07-22153-DK

Dear Debtor:

I am the Trustee in your Chapter 13 case. You **MUST** attend your creditors' meeting scheduled for 01/10/2008, at 9:00 AM. You **MUST** bring to this meeting the following items:

- **COPIES** of four (four) recent **PAYSTUBS** – for all jobs. (If you are self-employed or do not get pay stubs from your employer, speak with your attorney about what income documentation you must provide).

- **COPIES** of PAYSTUBS for any non-filing spouse or partner, or any other person in your household who has income.

- Income tax returns – STATE & FEDERAL – FOR 2004, 2005 and 2006.

- A market analysis or short form appraisal, containing at least 3 comparable sales less than 6 months old, for any real property that you own or have any interest in.

Your first plan payment is due in this office, 30-days after December 1, 2007 (the date that your petition was filed). Make sure that your name and your Chapter 13 case number are clearly written or every check or money order. Payments should be made to "Gerard R. Vetter, Trustee" and mailed to the payment address at the top of this letter.

Court policy requires that - AFTER your plan is approved by the Court – your employer will be directed by a wage order to manage your plan payments through payroll deduction. Accordingly, you also must bring to the creditors" meeting the complete address for your payroll office.

We will have the opportunity to discuss your case in more detail at the meeting of creditors. I the meantime, your attorney can assist you if you have any questions concerning this letter.

Very truly yours,

Gerard R. Vetter
Chapter 13 Trustee

cc:   JAMES R. LOGAN, ESQ.
      2539 N. Charles Street
      Baltimore, Md 21218-0000

GLOBAL EXPRESS MONEY ORDERS, INC. PURCHASER CLAIM RECEIPT
RETAIN THIS RECEIPT AS PROOF OF PURCHASE

**268636017**

PAY TO: *Gerard R. Vitter*

07-22153-DK
Case

DEC 31 2007

$ 450.00

MONEY ORDER CONDITIONS OF SALE

1.) That the purchaser agrees to inscribe in ink his name, address, date and name of the Payee and assumes responsibility for all results of his failure to do so.
2.) There is a research/replacement fee in order to receive a refund.
3.) That no request for refund be made unless this claim receipt is submitted therewith.
4.) Copies of Money Orders will only be provided for 2 years from the date of purchase.
5.) Global Express Money Orders, Inc. does not have to stop payment on Money Orders. THERE IS A RECORD MAINTENENCE SERVICE CHARGE, AS PERMITTED BY LAW, IF THE MONEY ORDER IS NOT CASHED/PRESENTED FOR PAYMENT WITHIN 1 YEAR FROM DATE OF PURCHASE. **SEE REVERSE SIDE FOR DETAILS.**

GIFT CERTIFICATE CONDITIONS OF SALE (MERCHANT AGREEMENT)

*Vitter*

---

GLOBAL EXPRESS MONEY ORDERS, INC. PURCHASER CLAIM RECEIPT
RETAIN THIS RECEIPT AS PROOF OF PURCHASE

**271698882**

PAY TO: *Gerard R. Vitter*

FEB 01 2008

$ 425.00  ORDER CONDITIONS OF SALE

1.) That the purchaser agrees to inscribe in ink his name, address, date and name of the Payee and assumes responsibility for all results of his failure to do so.
2.) There is a research/replacement fee in order to receive a refund.
3.) That no request for refund be made unless this claim receipt is submitted therewith.
4.) Copies of Money Orders will only be provided for 2 years from the date of purchase.
5.) Global Express Money Orders, Inc. does not have to stop payment on Money Orders. THERE IS A RECORD MAINTENENCE SERVICE CHARGE, AS PERMITTED BY LAW, IF THE MONEY ORDER IS NOT CASHED/PRESENTED FOR PAYMENT WITHIN 1 YEAR FROM DATE OF PURCHASE. **SEE REVERSE SIDE FOR DETAILS.**

GIFT CERTIFICATE CONDITIONS OF SALE (MERCHANT AGREEMENT)

Case 0722153-DK

**WESTERN UNION**

KREIS PHARMACY                    Oper ID: 123    Quick Collect
1400 WEST BALTIMORE ST            02/01/08
BALTIMORE MD 21223                218P EST        MTCN: 478-968-6573

Sender/Remitente: CYNTHIA COTTON
Receiver/Destinatario: INDY MAC BANK

Code City/Codigo de la ciudad: INDYMACBANK CA
Account #/Numero de cuenta: 1010027694
Reference #/Numero de referencia:
Attn/Atencion:

                                  Amount/Cantidad:    $ 1378.00
                                  Charge(s)/Cargos:
                                     Service/Servicio:   12.95
                                  Total/Total:       $ 1390.95

Agent Signature / Firma del Agente    Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACION SOBRE EL CAMBIO DE MONEDA. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCION Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES. SI APARECEN MAS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCION SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERA CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTEJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVIE DINERO.



**WESTERN UNION**

KREIS PHARMACY                                    Oper ID: 123    Quick Collect
1400 WEST BALTIMORE ST                            12/31/07
BALTIMORE MD 21223                                1001A EST       MTCN: 595-965-2161

Sender/Remitente: CYNTHIA COTTON
Receiver/Destinatario: INDY MAC BANK

Code City/Codigo de la ciudad: INDYMACBANK CA
Account #/Numero de cuenta: 1010027694
Reference #/Numero de referencia:
Attn/Atencion:

                                                  Amount/Cantidad:    $ 1378.00
                                                  Charge(s)/Cargos:
                                                     Service/Servicio:    12.95
                                                  Total/Total:        $ 1390.95

TAKE 40% OFF! Valid only for one person to person Money in Minutes transfer
sent from US Agent to Agent in US or Canada. One discount per transfer.
No cash value. Agent-Use code J3961-127033017. Expires 01/31/08.

Agent Signature /                                 Customer Signature /
Firma del Agente                                  Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MAS INFORMACION SOBRE EL CAMBIO DE MONEDA. ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCION Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES. SI APARECEN MAS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCION SE DETERMINARON EN EL MOMENTO DEL ENVIO. SI NO, LA TASA DE CAMBIO SE ESTABLECERA CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTEJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVIE DINERO.



BGW#: 51749

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE: * Case No. 07-22153-DWK
 * Chapter 13
CYNTHIA COTTON *
Debtor *
* * * * * * * * * * * * *

## PROOF OF CLAIM

1. This Proof of Claim is made for the Claimant below by the undersigned individual who states that he is an AGENT for the Claimant.

2. The undersigned represents that he is duly authorized to make this proof of claim on behalf of the Claimant.

3. The correct address of the Claimant to which all notices and distribution checks should be mailed is stated below:

**IndyMac Bank, FSB**
**6900 Beatrice Drive**
**3rd Floor**
**Kalamazoo, MI 49009**

4. This claim is based on a Note and Deed of Trust. On the petition date, the Debtor owed the principal amount of $145,892.53 plus interest at 10.875% per annum and all other incurred fees and costs as allowed by the Note and Deed of Trust.

Calculations of Pre-Petition Arrears:
 Payments (10/1/2007-12/1/2007) $4,129.86
 Accrued Late Charges $137.66
 Corporate Advances $400.00
 Foreclosure Fees & Costs $530.00
 Suspense Balance -$1.38
 TOTAL $5,196.14

*[handwritten annotations: "My lawyer failed to do his job notified Them, which was over 30 days force mortgage co. To file foreclosure" ; "Lawyer fee"]*

5 & 6. No judgment has been rendered upon this claim and the Debtor was at the time of filing this case, and still is, indebted to this Claimant (after giving full credit for all payments, set-offs and counter-claims) as stated above.

*[handwritten: "Ask for me to return to his office 1/3/08 So he can call my mortgage co file on 12-12-0"]*

**NOTE:** Please be advised that additional fees and costs have been incurred for the post-petition preparation and filing of this Proof of Claim. These fees and costs have not been included in the Proof of Claim.

*[handwritten: "P.S. Please call mortgage co. 1-877-908-4357 Loan number 1010027694 I'm Telling the True (Wants me to lose my home)"]*

**imb** Indymac
Home Loan Servicing

**Property Address:** 1128 WILSON AVE,
GWYNN OAK, MD 21207

031881 RE
#BWNDXCT
#6684967200101103#

CYNTHIA COTTON
1128 WILSON AVENUE
GWYNN OAK   MD   21207-4714

| Account Information | |
|---|---|
| Account Information as of | 10/18/07 |
| Loan Number | 1010027694 |
| Interest Rate | 10.875% |
| Loan Balance | $145,946.51 |
| Escrow Balance | $    .00 |
| Unapplied Funds | $    .00 |
| Funds Advanced by IMB (1,2) | $    .00 |
| Principal Paid YTD | $53.49 |
| Interest Paid YTD | $1,323.13 |
| Property Taxes Paid YTD | $    .00 |
| Hazard Insurance Paid YTD | $    .00 |
| Primary Phone Number | (443) 909 0907 |
| Secondary Phone Number | (443) 830 0928 |

Customer Service is available at 1.800.781.7399
*Please be aware:* Our offices will be closed on November 12TH in observance of Veterans Day and November 22ND and 23RD in observance of Thanksgiving. Our on-line service is available 24/7 at www.imb.com.

## Payment Information

| 11/01/07 Payment Options | |
|---|---|
| Principal and/or Interest | $1,376.62 |
| Escrow | $    .00 |
| Optional Products (2) | $    .00 |
| Other (2) | $    .00 |
| **Payment Amount** | **$1,376.62** |
| Past Due Payment(s) | $2,753.24 |
| Total Payments Due | $4,129.86 |
| Unpaid Late Charges | $68.83 |
| Returned Payment Fees | $    .00 |
| Other Unpaid Charges (2) | $    .00 |
| Funds Advanced by IMB (1,2) | $    .00 |
| **Total Amount Due** | **$4,198.69** |
| After 11/16/07 please pay: (3) | $4,267.52 |

**Your Account is Past Due.**

### Additional Information

1. Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges.
2. Itemized detail available upon request.
3. Payment calculation includes Late Charge fee.

## Transactions Since Last Statement

| Date | Transaction | Total | Principal/Deferred Interest | Interest | Escrow | Fees/Misc. |
|---|---|---|---|---|---|---|
| 10/16/07 | Fee Assessment | | | | | 68.83- |

## Important Messages

**PAST DUE NOTICE:**
Our records indicate that your loan is now two payments past due. If you are experiencing a problem that is causing your payments to be overdue, please call us today at 1.877.908.4357. We will make every effort to assist you in getting your mortgage loan back on track. Please don't delay. We're here to help.

**INDYMAC CONVENIENT SERVICES:**
Did you know that Indymac Bank offers a convenient service to process your payment? Please read the back of this statement to learn more.