Cynthia Cotton
1128 Wilson Avenue
Gwynn Oak, MD 21207
Case # 07-22153 DK

My first visit to the lawyer's office was on November 29, 2007. Mr. Logan's services were employed by me to file my bankruptcy case, which he filed on December 1, 2007. I inquired of Mr. Logan if he wanted me to call my mortgage company to give them permission to talk with him about my situation. He told me he would take care of everything himself. One week after he filed my bankruptcy, the mortgage company called my home about my mortgage payment. I told them I had retained a lawyer and he had filed bankruptcy on my behalf. They informed me at that time that Mr. Logan had <u>not</u> contacted them. The mortgage company filed foreclosure on my house on December 12, 2007. They did this because Mr. Logan failed to contact them. I sent them a mortgage payment by Western Union, for January 1, 2008. When I spoke with them by telephone to advise of the payment en route, they told me they were going to send it back because they had still not heard from Mr. Logan (this was in January, 2008).

After my calls to the lawyer, and not getting any answers, and leaving him several messages, I had to resort to calling St. Ambrose, as they had referred Mr. Logan to me in the first place. Out of frustration and desperation, I let them know I had no other recourse but to physically go to the bankruptcy court. Once I said this to St. Ambrose, five minutes later Mr. Logan called me. He told me to come to his office on January 3, 2008; that he and I would call the mortgage company and I would

then give them permission to talk with him concerning me, which I did.

Foreclosure had been filed on my house, my telephone service, which is mandatory for my business, has been disrupted. I have been unable to run my business properly and creditors have been contacting me constantly. None of these things should be happening and would not be, had Mr. Logan done what I paid him to do.

Comcast called me (several times) and told me that all the lawyer has to do is call them and they would restore my service. I've left numerous messages on Mr. Logan's answering machine informing him of this, but he has still not called them.

I don't deserve to be treated like this. All things taken into consideration, it has become quite evident to me that I have been deliberately set up to lose my home, my business, not to mention my equity.