Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

Bankruptcy Proceeding No.:  07−22153
Judge:  Duncan W. Keir

In Re:   Cynthia D Cotton
         Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

    at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

    on 3/11/08 at 10:00 AM

to consider and act upon the following:

18 − Letter to be read by Honorable Judge Keir filed by Cynthia D Cotton . (Johnson, J)

19 − Letter Re: Attorney respresentation filed by Cynthia D Cotton. (Smith, D)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 3/3/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson 410−962−4221