✓ RETAIN

Duncan Keir, U.S. BANKRUPTCY JUDGE

PROCEEDING MEMO - CHAPTER 13

Date: 03/11/2008 Time: 10:00

07-22153 Cynthia D Cotton

James R. Logan representing Cynthia D Cotton (Debtor)

Gerard R. Vetter (Trustee)

[16] Amended Chapter 13 Plan.Amount of Payments per Month: $425, 565,Number of Months:2, 58, Filed by Cynthia D Cotton.
Movant: Cynthia Cotton  BY J Logan;

R. Levin, UST

[18] Letter to be read by Honorable Judge Keir filed by Cynthia D Cotton .
Movant: Cynthia Cotton  BY J Logan;

[19] Letter Re: Attorney respresentation filed by Cynthia D Cotton.
Movant: Cynthia Cotton  BY J Logan;

10d's Confirm Cert — T'ee shall provide order for conf when certificate is filed.

DISPOSITIONS:

Plan: (Confirmed) Modified (Hold) Interlineation:$___ Mos.__ Converted to Ch___
Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

(Other Matters:)     (List Paper Number Next to Ruling)

Granted  _____       Sustained _____   Denied   _____
Overruled _____      Withdrawn _____   Under Adv. _____
Moot      _____      Consent   _____   Dismissed _____
O.T.J. Fee _____

Court is going to schedule a S.329 evidentiary hearing on the allegations of inadequate representation, because there is a dispute of fact. Ct will schedule on a non Ch 13 day unless a consent order between debtor and counsel is filed.

DECISION:

[ ] Signed by Court         [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel     [ ] Court
    [ ] Respondent's counsel [ ] Other _____

NOTES:

Tr: p.16 Amd plan recommend confirmation if Confirmation Cert.

By Debtor. had a 2003 Case [Was Dismissed]  $1,400 A.R. Mortgage

Notice of Hrg will be sent by Clerk/court.

Currently, there is no motion pending/filed to adjudicate the alleged violation of stay by IndyMac