# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## Baltimore Division

| | | |
|---|---|---|
| IN RE: Cynthia D. Cotton | * | |
| | * | Case No.: 07-22153 |
| | * | Chapter 13 |
| | * | |
| Debtor(s) | * | |
| | * | |

*****************************************************************************

## PRE-CONFIRMATION CERTIFICATION

Debtor(s) hereby certify under penalty of perjury that the following statements are true and correct:

1. Debtor(s) has/have paid any fee, charge, or amount required under 28 U.S.C. § 1930 and the Appendix thereto, or by the plan (i.e. adequate protection payments) to be paid before confirmation.

2. Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable. N/A

3. Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.


Date:__3/11/08_____        __/S/ Cynthia D. Cotton_____
                                          Debtor's Signature

Date:_____        _____
                                          Joint Debtor's Signature