Signed: March 20, 2008
**SO ORDERED**
**The hearing described below shall be set for April 23, 2008, at 11:00 a.m.**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Cynthia D. Cotton, | * | Case No. | 07-22153-DK |
| | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor. | * | | |

### ORDER TO JUSTIFY FEE AND SCHEDULING HEARING

On February 26, 2008, the Debtor filed a letter in the above mentioned bankruptcy case regarding the Debtor's representation by counsel. At the chapter 13 confirmation hearing, the court decided that an evidentiary hearing would be scheduled regarding the allegations of inadequate representation. Accordingly, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Counsel for the Debtor is hereby ordered to file, within ten (10) days of the date of this Order, a statement of services rendered in this proceeding and a memorandum, if desired, justifying the fee claimed in the amount of $3,495.00; and it is further.

ORDERED, that a hearing shall take place at the date and time set forth at the top of this Order.

cc:    Cynthia D. Cotton
       1128 Wilson Avenue
       Gwynn Oak, MD 21207
       *Debtor*

James R. Logan
2539 N. Charles Street
Baltimore, MD 21218
*Debtor's Counsel*

Gerard R. Vetter
7310 Ritchie Highway
Suite 715
Glen Burnie, MD 21061-3293
*Chapter 13 Trustee*

Office of the United States Trustee
Garmatz Federal Courthouse
101 W.Lombard St., Rm 2625
Baltimore, MD 21201
*U.S. Trustee*

**End of Order**