Entered: March 21, 2008
Signed: March 20, 2008
**SO ORDERED**
**The hearing described below shall be set for April 23, 2008, at 11:00 a.m.**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Cynthia D. Cotton, | * | Case No.    07-22153-DK |
| | * | Chapter    13 |
| | * | |
| | * | |
| Debtor. | * | |

### ORDER TO JUSTIFY FEE AND SCHEDULING HEARING

On February 26, 2008, the Debtor filed a letter in the above mentioned bankruptcy case regarding the Debtor's representation by counsel. At the chapter 13 confirmation hearing, the court decided that an evidentiary hearing would be scheduled regarding the allegations of inadequate representation. Accordingly, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Counsel for the Debtor is hereby ordered to file, within ten (10) days of the date of this Order, a statement of services rendered in this proceeding and a memorandum, if desired, justifying the fee claimed in the amount of $3,495.00; and it is further.

ORDERED, that a hearing shall take place at the date and time set forth at the top of this Order.

cc:    Cynthia D. Cotton
       1128 Wilson Avenue
       Gwynn Oak, MD 21207
       *Debtor*

James R. Logan
2539 N. Charles Street
Baltimore, MD 21218
*Debtor's Counsel*

Gerard R. Vetter
7310 Ritchie Highway
Suite 715
Glen Burnie, MD 21061-3293
*Chapter 13 Trustee*

Office of the United States Trustee
Garmatz Federal Courthouse
101 W.Lombard St., Rm 2625
Baltimore, MD 21201
*U.S. Trustee*

**End of Order**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1         User: dconstabl          Page 1 of 1           Date Rcvd: Mar 21, 2008
Case: 07-22153               Form ID: pdfparty        Total Served: 2

The following entities were served by first class mail on Mar 23, 2008.
db           +Cynthia D Cotton,    1128 Wilson Avenue,    Gwynn Oak, MD 21207-4714
             +Office of the US Trustee,    Garmatz Federal Courthouse,    101 W. Lombard Street, Room 2625,
               Baltimore, MD 21201-2668
The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2008**          **Signature:** _Joseph Speetjens_