

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| CYNTHIA D COTTON | * | Case No.: 07-22153-DK |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER CONFIRMING PLAN**

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing and notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the Plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Amended Chapter 13 Plan filed 02/07/2008 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee, on or before the 1st day of each month, the sum of $425.00 for 2 months and then $565.00 for 58 months, for a total term of 60 months.

1

2

TRUSTEE RECOMMENDATION The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/ Gerard R. Vetter
Gerard R. Vetter
Chapter 13 Trustee

cc:
Debtor(s)
Debtor(s)' Counsel
Chapter 13 Trustee
All Creditors

**END OF ORDER**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1            User: jjohnson                 Page 1 of 1                  Date Rcvd: Mar 25, 2008
Case: 07-22153                  Form ID: pdfall                Total Served: 19

The following entities were served by first class mail on Mar 27, 2008.
db            +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714
24396101      +Amer Col Ent,   6094d Franconia Rd,   Alexandria, VA 22310-4433
24396102      +American Collections E,   6094 Franconia Rd Ste D,   Alexandria, VA 22310-4433
24482747      +BGE,   P.o. Box 1475,   Baltimore, MD 21203-1475
24482746      +Baltimore County States Attorney,   Bad Check Restitution Program,   P.o. box 10653,
                Baltimore, MD 21285-0653
24482748      +Comptroller of MD,   Compliance Division,   301 W. Preston Street, #409,
                Baltimore, MD 21201-2396
24396157      +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
                Baltimore, MD 21201-2305
24396160      +Deputy County Attorney,   Baltimore County Office of Law,   400 Washington Avenue, 2nd Floor,
                Towson, MD 21204-4606
24396103      +Diversified,   P O Box 551268,   Jacksonville, FL 32255-1268
24396104      +Equidata,   724 Thimble Shoals Blvd,   Newport News, VA 23606-2574
24396106     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court: IRS Special Procedures,   31 Hopkins Plaza #1150,
                Baltimore, MD  21201)
24460503      +IndyMac Bank, FSB,   6900 Beatrice Drive,   3rd Floor,   Kalamazoo, MI 49009-9559
24396105      +Indymac Bank,   1 National City Pkwy,   Kalamazoo, MI 49009-8003
24396107      +Mercy Medical Center,   C/O Neil Bloom,   1220A E. Joppa Rd #223,   Baltimore, MD 21286-5817
24396108       Sec Check,   2612 C Jackson Ave,   Oxford, MS 38655
24396159      +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
                Baltimore, MD 21201-2201
24396158       Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
                Baltimore, MD 21202
24425633       T-Mobile USA Inc.,   ATTN: Bankruptcy Dept.,   PO Box 53410,   Bellevue, Wa 98015-3410
24396109      +UMMS,   C/O Neil Bloom,   1220A E Joppa Rd #223,   Baltimore, MD 21286-5817

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2008**                           **Signature:**     *Joseph Speetjens*