United States Bankruptcy Court

Cynthia Cotton

Debtor

2008 MAR 28 P 1:39   07-22-153-dk
Case #

Response

I have a Daycare Business, And because my lawyer Mr. James Logan did not do job for what I paid him to do this had cause me to lose some of my Daycare children and also money. I cry every day and I just kept praying because I know God will make a way for me. I nolonger want Mr James Logan as my lawyer. A good lawyer will have there clientsle trust, Mr Logan have not earn my trust in him. I contact other lawyers and they are were to afraid to take my case. Mr Logan has cause me so much pain in my heart. I never in my life had a lawyer who has me crying every day. I just kept on praying.

I'm late for march, 2008 mortgage payment and on April 4, 2008 my trustee payment will be due. And as of April 4, 2008 april mortgage payment will be due. With the court permission can the court please grant me a little time to fix this and put thing in the matter they should be in. With the court permission. I can pay march mortgage payment on April 4, 2008

and pay April trustee payment on April 5, 2008 and also April 1, 2008 mortgage payment will be due April 1, 2008. I will pay it before the month of April is over. I know when my Business pick back up there will be no late mortgage payment and no late trustee payment.

Please, please help me. I will not let the court down and the trustee office down. PS I will be praying

Thank you
Cynthia Dillon