

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| CYNTHIA D. COTTON | * | Case No. | 07-22153DK |
| | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

**ORDER LIMITING ALLOWED FEE
AND GRANTING WITHDRAWAL BY COUNSEL**

For the reasons set forth on the record at a hearing held on April 23, 2008, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the attorney's fee of attorney James R. Logan in this case is limited to, and allowed as an administrative expense in the total amount of $1,000.00, the unpaid balance of which amount shall be disbursed by the Trustee as provided for in the confirmed plan; and it is further

ORDERED, that the oral motion of attorney Logan to withdraw appearance as counsel for the debtor in this case is granted.

cc: Trustee
    Debtor
    James R. Logan, Esq.
    United States Trustee

**End of Order**