## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Cynthia D. Cotton | * | Case No.   07-22153-DK |
| | * | Chapter   13 |
| | * | |
| Debtor(s) | * | |

### NOTICE TO INDIVIDUAL(S) WHOSE
### ATTORNEY HAS WITHDRAWN

**TO:** Cynthia D. Cotton

The Court has approved the withdrawal of counsel whose appearance had been entered on your behalf, pursuant to Local Bankruptcy Rule 9010-4. You are hereby notified that unless and until counsel enters an appearance on your behalf, all proceedings before this Court in which you are a party shall be treated as being conducted by you pro se, that is, without an attorney to represent your interests.

During such time as you may be proceeding pro se, you must sign personally all papers presented to the Clerk for filing, and all papers must also bear your printed name, address and telephone number. You shall also file with the Clerk a memorandum of the address where notices can be served upon you, unless you are the Debtor and your address remains the same as shown on the petition.

If you choose to represent yourself, you are responsible for performing all duties imposed on counsel by the Local Bankruptcy Rules of the District of Maryland as well as the Federal Bankruptcy Rules. You should also consult relevant provisions of Title 11, United States Code (the "Bankruptcy Code"). The Bankruptcy Code and the Federal Bankruptcy Rules should be available at public libraries and/or law libraries; the Local Bankruptcy Rules are available from the Clerk of the Bankruptcy Court.

DATE: May 6, 2008

                                          MARK D. SAMMONS, Clerk
                                          U.S. Bankruptcy Court
                                          Room 8308, U.S. Courthouse
                                          101 West Lombard Street
                                          Baltimore, Maryland 21201
                                          (410) 962-2688

                                          By:_____/s/_____
                                              Deputy Clerk- Jean B. W. Johnson

adm-1.8 -- 1/14/02