

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| CYNTHIA D. COTTON | * | Case No.    07-22153DK |
| | * | Chapter    13 |
| | * | |
| | * | |
| Debtor(s) | * | |

**ORDER LIMITING ALLOWED FEE**
**AND GRANTING WITHDRAWAL BY COUNSEL**

For the reasons set forth on the record at a hearing held on April 23, 2008, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the attorney's fee of attorney James R. Logan in this case is limited to, and allowed as an administrative expense in the total amount of $1,000.00, the unpaid balance of which amount shall be disbursed by the Trustee as provided for in the confirmed plan; and it is further

ORDERED, that the oral motion of attorney Logan to withdraw appearance as counsel for the debtor in this case is granted.

cc: Trustee
    Debtor
    James R. Logan, Esq.
    United States Trustee

**End of Order**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: jjohnson            Page 1 of 1              Date Rcvd: May 06, 2008
Case: 07-22153                 Form ID: pdfparty         Total Served: 2

The following entities were served by first class mail on May 08, 2008.
db          +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714
            +US trustee,   101 West Lombard Street,   2nd Floor,   Baltimore, MD 21201-2605

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2008**          Signature:  _Joseph Speetjens_