FILED

Ms. Cynthia Diane Cotton
1128 Wilson Avenue
Gwynn Oak, Maryland 21207
May 5, 2008

2008 MAY -7 A 8: 46

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

To The Honorable Bankruptcy Judge;

    Re:  Case #07-22153-DK, Motion to sell my house;
          Request for hearing with the Honorable Judge

Your Honor, I am presenting this motion to request your permission for me to sell my house located at 1128 Wilson Avenue, Baltimore, Maryland 21207, due to loss of daycare children.

I have been to many organizations for assistance and their responses to me were that it would be best for me to just sell my house. I would like to request a hearing for permission to sell my house. Worrying about losing my home has caused me a great deal of stress and other ailments.

At the sale of my property all my creditors will be paid what is owed to them.

Respectfully yours,

*Cynthia Cotton*

Ms. Cynthia Diane Cotton
Case #07-22153-DK

P.s. Also two tapes

*May 4, 2008*

*Ms. Cynthia,*
*Thank you for calling me today, I will help you in anyway that I can.*
*I'm sorry for the pain and stress that you are enduring due to misprestation*
*these Mortgage Companies are putting people through. Please call me tomorrow*
*after your meeting w/your honor, I will be happy to start the process of putting*
*your property on the market. I will bring a listing agreement and will take pictures*
*for the mls, system that other agents throughout Maryland will be exposed too!*

*My thoughts & prayers are with you!*

*Pamela Belcher, 443-463-8840*

*Pamela Belcher*

ID-152609

Pamela Belcher
REALTOR®



**Century 21**
**The Real Estate Centre**

8220 Ritchie Highway
Pasadena, Maryland 21122
**Direct (443) 463-8840**
Office (410) 384-9000
Fax (410) 384-9155
Email Pamela.Belcher@Century21.com
Website C21Pamela.com
Each Office Is Independently Owned And Operated

## MAYOR AND CITY COUNCIL OF BALTIMORE
### ACCOUNTS PAYABLE DIVISION
BALTIMORE, MARYLAND 21202-3419

The attached check is in full payment of account as shown below. Please detach check before presentation at bank. No receipt or acknowledgment other than endorsement on check is necessary. If settlement is not satisfactory return both statement and check to the Accounts Payable Division of the Bureau of Accounting and Payroll Services.

CHECK NO: 818177

S.S. NO./VENDOR NO.: 232189

THIS IS NOT A CHECK

CYNTHIA COTTON
% DHCD-PROP ACQUISITION/RELOC
417 E FAYETTE ST, 1001-B
BALTO    MD   21202

| INVOICE DATE | ORDER NO. | INVOICE NUMBER | ACCOUNT NUMBER |||| WORK ORDER | NET AMOUNT | LIQUIDATION AMOUNT |
| | | | FUND | PROG | ACT | S/A | OSO | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/26/06 | DO95046 | 116NCARLT | | | | | | | 97,178.83 | |

NET TOTAL: $97,178.83



[Image of two check copies, rotated. Details legible:]

Check 1: $3,000.00, payable to "THREE THOUSAND DOLLARS AND 00 CENTS", Bank of America, N.A., San Antonio, Texas. VOID AFTER 90 DAYS. Check number appears as 258529516, routing 114000019, account 0016410010015.

Check 2: Cashier's Check No. 2583370, dated APRIL 23, 2007, Bank of America, amount $2,875.00 ("TWO THOUSAND EIGHT HUNDRED SEVENTY FIVE DOLLARS AND 00 CENTS"), remitter CYNTHIA D. COTTON, VOID AFTER 90 DAYS.

ADDENDUM TO CONTRACT OF SALE

DATE: ADDENDUM NUMBER B

CONTRACT OF SALE DATED APRIL 13, 2007

BUYER: CYNTHIA COTTON

SELLER: CHERYL J WILLIAMS

PROPERTY: 1128 WILSON AVE

ADDENDUM REGARDING: DEPT. HOUSING WARRANTY AGREEMENT OF UNDERSTANDING

In consideration of their mutual desires to consummate the aforementioned Contract of Sale, the undersigned parties hereby agree as follows:

SHOULD ANY REPAIRS BE REQUIRED AS A RESULT OF THE DEPT OF HOUSING HOME INSPECTION, THE BUYER, CYNTHIA COTTON, WILL BE RESPONSIBLE FOR THE PAYMENT OF THE COST OF SAID REPAIRS UP TO $3000.00. AS A GUARANTEE THE BUYER, CYNTHIA COTTON, HAS THE NECESSARY FUNDS TO ACCOMPLISH THIS, SHE HAS PROVIDED A CASHIERS CHECK IN THE AMOUNT OF $3000.00 PAYABLE TO NEWCASTLE TITLE WHO WILL DISPERSE THE NECESSARY FUNDS TO VENDORS FOR WORK DONE AND ANY BALANCE WILL BE DISPERSED TO CYNTHIA COTTON.

Buyer _Cynthia Cotton_   Date 4-21-07

Seller   Date

# MR. ELECTRIC CO., INC. P.O. BOX 394
Clarksville, MD 21029
(410) 962-7331

Date: May 8, 2007

**CONTRACT SUBMITTED TO:**         **WORK TO BE PERFORMED:**

**Leonard Eisenberg**              **1128 Wilson Avenue**
                                   **Baltimore, MD**
                                   **(410) 252-2111 office**
                                   **(410) 560-2825 fax**

We hereby contract to perform the labor necessary for the completion of the following:

~ Install 200 AMP electric service
~ Replace 2- 2nd floor baseboard heaters
~ Wire range hood
~ Wire overhead light in kitchen
~ Wire above cabinet light with new switch
~ Repair wiring to Jacuzzi and install GFI
~ Repair boiler room light
~ Wire pool table light
~ Blank off junction boxes
~ Misc. repair work in crawlspace and basement
~ Install GFI in basement bath

The above work will be performed in accordance with the National Electrical Code and in accordance with the drawings and specifications submitted as described above.

Said work will be completed in a substantial workmanlike manner for the sum of (Twenty – five hundred Dollars, $2500.00). The amount to be paid as follows:

$1000.00 down payment
1000.00 after inspection
500.00 at final

## ACCEPTANCE OF CONTRACT

The above price, specifications and conditions are satisfactory and hereby accepted. Mr. Electric Co., Inc. is authorized to perform the work as indicated above.

Signature: _[signed]_         Date: 5-10-07

Signature: _[signed]_         Date: 5-10-07



# Mr. Electric Co., Inc.

P.O Box 394, Clarksville, MD 21025.
Fax + Tel: 410-962-7331 + 410-984-1396

## INVOICE

TO: LEONARD EISENBERG   DATE: 5-16-07

**Project Location:** 1128 Wilson Ave

| DESCRIPTION | COST |
|---|---|
| ① Install outlet in Dinning room | |
| ② Repair Light on Porch Front | |
| ③ Repair Light in Bath room | |
| ④ Add switch in Panel room | |
| ⑤ Blank off Boxes in Kitchen | $350.00 |
| ⑥ Install one Feed to Panel For G.F.I.C in Bathroom | 150.00 |
| **TOTAL COSTS** | 500.00 |

Thomas Campbell  5/31/07

# Affordable Contracting
1131 South Cleveland Street
Baltimore, Maryland 21230
(443) 823-3543

## Proposal and Work Agreement

Prepared For:
Leonard Eisenberg
(410) 667-2453

Property Address: 1128 Wilson Lane
Baltimore, Md. 21207

## JOB SPECIFICATIONS:

(1) Clean and repair all baseboard heating
(2) Replace upper level ceiling light
(3) Replace exit door to deck
(4) Replace drywall in upper level bathroom
(5) Remove and replace electrical switch to appropriate height

### Boiler

(1) Clean and service boiler
(2) Replace and install new wiring
(3) Conduct thorough diagnostic of PSI

TOTAL COST: $782.77 (price includes materials)

A deposit of 1/3 of total cost is due prior to any work beginning and the balance will be due upon completion.

*Make check payable to Roland Kent*

_____          _____
Roland Kent

1)

Rolan Monsanto
103 Fern Valley Ct. Apt 11
Baltimore MD 21228
(443) 413-9201

123894

| DATE 5/22/07 | ☑ SERVICE  ☐ WILL CALL<br>☐ INSTALL  ☐ DELIVER | PHONE 443-909-0407 |
|---|---|---|
| NAME Cynthia Cotton | | MAKE |
| ADDRESS 1128 Wilson Ave | | MODEL |
| Baltimore MD 21207 | | SERIAL |
| ITEM TO BE SERVICED Boiler | NATURE OF SERVICE REQUEST | |

| QUAN | DESCRIPTION OF PARTS OR MATERIALS | | AMOUNT |
|---|---|---|---|
| 1 | 1/2 HP Bell + Gossett Circulator Pump | | |
| 1 | Double Pole 24 volt Coil Relay | | |

LABOR PERFORMED: Drain Boiler. Remove + Replace Circulator Pump. Filled System and checked for leak. Bleed system. Found Relay Bad. Remove + Replace Relay. Start and checked system operation.

TOTAL AMOUNT ▶ 350.00

RECEIVED BY: [signature]

ESTIMATES ARE FOR LABOR ONLY, MATERIAL ADDITIONAL. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE CAUSED BY FIRE, THEFT, TESTING OR ANY OTHER CAUSES BEYOND OUR CONTROL.

**REPAIR ORDER ORIGINAL**

AUTHORIZED BY:
5084
TERMS - NET CASH
NO GOODS HELD OVER 30 DAYS

## CONTRACT FOR PAYMENT AGREEMENT

*This written and signed agreement is set forth on this day, <u>Tuesday, May 29, 2007</u>, between JONATHAN WILLIAMS AND CYNTHIA COTTON, that CYNTHIA COTTON will reimburse $900.00 to JONATHAN WILLIAMS, who will pay out said $900.00 for roof shingles to be placed on roof of 1128 Wilson Street/Avenue.*

Signature in agreement to above:  *[signed] Cynthia Cotton  May 29 2007*
                                   Cynthia Cotton         DATE
                                   443-909-0907

Signature in agreement to above:  _____
                                   **Jonathan Williams    DATE**



**LAND RESOURCES**
Suite 1036
Office (410) 396-4262   Fax 410 396-3682

**BALTIMORE HOUSING**

SHEILA DIXON
Mayor

PAUL T. GRAZIANO
Executive Director, HABC
Commissioner, HCD

March 2, 2007

Ms. Cynthia Cotton
116 N. Carlton Street
Baltimore, Maryland 21223

Dear Ms. Cotton:

This is a notice of eligibility for relocation assistance. As discussed with you, it will be necessary for you to move after the City of Baltimore acquires your home at **116 N. Carlton Street** for the planned redevelopment of the Poppleton Project. **However, you do not need to move now.** You will not be required to move without at least 90 days advance written notice of the date by which you must vacate. And when you do move, you will be entitled to relocation payments and other assistance in accordance with the Federal regulations implementing the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended (URA). The effective date of this notice is January 17, 2007.

You may choose either (1) a payment for your actual reasonable moving and related expenses, or (2) if you prefer, a fixed moving expense and dislocation allowance of $800.00.

Since you owned and occupied your home for at least 180 days prior to January 17, 2007, you may qualify for a replacement housing payment to cover the following cost:

1. **Purchase Price Differential.** Since we have determined that a "comparable replacement home" will cost more than the value of your present home, you may receive a purchase price differential payment up to $89,944.00 as discussed below.

2. **Incidental Expenses.** You will be reimbursed for all reasonable costs incidental to the purchase of your new home, such as recording fees, the title insurance premium, and transfer taxes.

Below is a "comparable replacement home" that you may wish to consider buying:

| Address | Asking Price | Name and Tel. No. of Person to Contact |
|---|---|---|
| 3313 Devonshore Dr. | $209,944.00 | Coldwell Banker 410-358-3375 |



**BALTIMORE HOUSING**

SHEILA DIXON
Mayor

PAUL T. GRAZIANO
Executive Director, HABC
Commissioner, HCD

February 27, 2007

Henry W. Klemkowski, Esquire
5 E. Franklin Street
Baltimore MD 21202

Subject: 116 N. Carlton Street, Poppleton Project

Dear Mr. Klemkowski:

Settlement for the above property will be held at:

| | |
|---|---|
| PLACE: | Law Office of Henry I. Louis |
| | 22 Light Street, Suite 450 |
| | Baltimore, Maryland 21202 |
| PHONE: | (410) 727-8050 |
| DATE: | Wednesday, March 14, 2007 |
| TIME: | 10:00 a.m. |

Please bring with you your receipted water, ground rent and tax bills. If you have a policy insuring the title to your property, bring this policy with you. Do not pay any tax, water, or other city and/or municipal charges on this property upon receipt of this letter. Please also bring your Social Security or Tax Identification number with you.

If the property or any unit thereof is vacant, keys must be brought to settlement.

If you have any furnished rooms or apartments on these premises, bring a list of the items, as well as any written leases you may have with the tenants, names of all tenants, and all rental information. If there is personal property on the premises belonging to you or to others, a list of such property must be submitted at the settlement. Should the property be occupied under the terms of a written lease or similar document, please furnish on the day of settlement a release or termination of all such written leases or similar instruments signed by landlord and tenant(s).

Your cooperation is earnestly requested. If you have any questions concerning the settlement, please call Amy Oosterhout at 410-396-4114.

Sincerely,

William N. Burgee
Director of Property Acquisition and Relocation



417 E. Fayette Street • Baltimore, MD 21202 • MD Relay 711 • TTY 410-547-9247 • baltimorehousing.org
Baltimore Housing reflects the combined efforts of the Housing Authority of Baltimore City and the Baltimore City Department of Housing and Community Development