

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at BALTIMORE

In Re:                               *

Cynthia D. Cotton                    *    Case No.    07-22153-DK

                                    *    Chapter     13

                                    *

Debtor(s).                           *

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO SELL
## FILED BY THE DEBTOR, PRO SE

The Debtor(s), proceeding pro se, having filed a motion to approve sale, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to approve sale will be held on June 10, 2008, at 11:15 am, in Courtroom 1B of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland; and it is further

ORDERED, that Debtor(s) shall provide a copy of the motion to approve sale to the Chapter 13 Trustee and to any creditor or other party in interest that requests a copy; and it is further

ORDERED, that if you object to the Debtor(s)' motion to approve sale, you must file an objection within twenty (20) days after the entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to Debtor(s)' motion to approve sale within twenty (20) days after this Order is entered, the motion to approve sale may be granted without a hearing.

cc: Debtor(s)
    Chapter 13 Trustee
    All Creditors

P.37

**End Of Order**

13Conf-8.12a - 7/9/07