GERARD R. VETTER
Chapter 13 Standing Trustee
7310 Ritchie Highway
Suite 715
Glen Burnie, MD 21061
(410) 766-9665  Fax:  (410) 766-8736

UNITED STATES BANKRUPTCY COURT
District of Maryland/Northern Division

In Re:     CYNTHIA D COTTON

1128 WILSON AVENUE
GWYNN OAK, MD   21207

Chapter 13

Case Number:  07-22153-DK

SSN 1: XXX-XX-3411

NOTICE OF CLAIMS RECEIVED BY THE CHAPTER 13 TRUSTEE

   The following claims have been received by the trustee.  Payments on these claims are being made in accordance with the terms and conditions of the debtor(s)' confirmed Chapter 13 plan and as set forth below.  Pursuant to 11 U.S.C. Section 502, payments shall continue unless an objection is filed by a party in interest with the U.S. Bankruptcy Court is served on the Chapter 13 Trustee.

   PLEASE BE ADVISED, this Notice of Claims Received by the Chapter 13 Trustee ('Notice') has been prepared and provided as a courtesy.  The claims listed and the amounts reflected are subject to change at any time.  Although the Chapter 13 Trustee makes every effort to ensure the claims have been properly administered, the Chapter 13 Trustee does not guarantee the information contained in this Notice.  THE AMOUNT NECESSARY TO PAY ALL CLAIMS IN FULL IS SUBJECT TO FINAL AUDIT AND REVIEW PRIOR TO COMPLETION AND ISSUANCE OF A FINAL DISCHARGE.  Any questions relating to this Notice should be referred to the debtor's attorney.

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|
| 003 | AMERICAN COLLECTIONS<br>6094 FRANCONIA RD<br>STE D<br>ALEDANDRIA, VA  22310-0000 | 1,739.00 | Base Plan | UNSECURED |
| 005 | AMERICAN COLLECTIONS ENT.,INC<br>P.O. BOX 30096<br>6094-D FRANCONIA RD<br>ALEXANDRIA, VA  22310-0000 | 0.00 | Base Plan | UNSECURED |
| 004 | AMERICAN COLLECTIONS ENT.,INC<br>P.O. BOX 30096<br>6094-D FRANCONIA RD<br>ALEXANDRIA, VA  22310-0000 | 0.00 | Base Plan | UNSECURED |
| 006 | AMERICAN COLLECTIONS ENT.,INC<br>P.O. BOX 30096<br>6094-D FRANCONIA RD<br>ALEXANDRIA, VA  22310-0000 | 0.00 | Base Plan | UNSECURED |

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|------|---------------------------|-----------|-----------|----------------|
| 016 | BALTIMORE COUNTY MARYLAND<br>JOHN E BEVERUNGEN<br>400 WASHINGTON AVENUE, RM 219<br>TOWSON, MD  21204 | 1,387.17 | 100.00 | SECURED |
| 020 | BGE<br>P.O. BOX 1475<br>BALTIMORE, MD  21201 | 734.90 | Base Plan | UNSECURED |
| 024 | BGE<br>P.O. BOX 1475<br>BALTIMORE, MD  21201 | 132.20 | Base Plan | UNSECURED |
| 025 | BGE<br>P.O. BOX 1475<br>BALTIMORE, MD  21201 | 90.00 | Base Plan | UNSECURED |
| 027 | BGE<br>P.O. BOX 1475<br>BALTIMORE, MD  21201 | 213.98 | Base Plan | UNSECURED |
| 028 | BGE<br>P.O. BOX 1475<br>BALTIMORE, MD  21201 | 217.35 | Base Plan | UNSECURED |
| 026 | BGE<br>P.O. BOX 1475<br>BALTIMORE, MD  21201 | 1,110.25 | Base Plan | UNSECURED |
| 022 | CITY OF BALTIMORE<br>200 N. HOLLIDAY STREET<br>BALTIMORE, MD  21202-3618 | 0.00 | 100.00 | SECURED |
| 021 | COMCAST<br>8031 CORPORATE DRIVE<br>NOTTINGHAM, MD  21236-4977 | 0.00 | Base Plan | UNSECURED |
| 018 | COMPTROLLER OF MARYLAND<br>COMPLIANCE DIVISION<br>301 W PRESTON ST ROOM 409<br>BALTIMORE, MD  21201 | 0.00 | 100.00 | PRIORITY |
| 777 | DEBTOR | Continuing Claim | 100.00 | REFUND |
| 002 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | 6,503.05 | 100.00 | PRIORITY |

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|
| 002 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | 514.63 | Base Plan | UNSECURED |
| 007 | DIVERSIFIED<br>PO BOX 551268<br>JACKSONVILLE, FL  32255 | 0.00 | Base Plan | UNSECURED |
| 008 | EQUIDATA<br>PO BOX 6610<br>NEW PORT NEWS, VA  23606-0000 | 0.00 | Base Plan | UNSECURED |
| 011 | EQUIDATA<br>PO BOX 6610<br>NEW PORT NEWS, VA  23606-0000 | 0.00 | Base Plan | UNSECURED |
| 012 | EQUIDATA<br>PO BOX 6610<br>NEW PORT NEWS, VA  23606-0000 | 0.00 | Base Plan | UNSECURED |
| 010 | EQUIDATA<br>PO BOX 6610<br>NEW PORT NEWS, VA  23606-0000 | 0.00 | Base Plan | UNSECURED |
| 009 | EQUIDATA<br>PO BOX 6610<br>NEW PORT NEWS, VA  23606-0000 | 0.00 | Base Plan | UNSECURED |
| 001 | INDYMAC BANK, FSB<br>6900 BEATRICE DRIVE<br>3RD FLOOR<br>KALAMAZOO, CA  49009 | 5,196.14 | 100.00 | SECURED |
| 023 | JAMES R. LOGAN, ESQ.<br>2539 N. CHARLES STREET<br>BALTIMORE, MD  21218-0000 | 1,495.00 | 100.00 | ATTORNEY |
| 798 | JAMES R. LOGAN, ESQ.<br>2539 N. CHARLES STREET<br>BALTIMORE, MD  21218-0000 | 2,000.00 | 100.00 | ATTORNEY |
| 013 | MERCY MEDICAL CENTER<br>NEIL J. BLOOM, ESQ.<br>102 W.PENNSYLVANIA AVE.STE.402<br>TOWSON, MD  21204-0000 | 0.00 | Base Plan | UNSECURED |
| 019 | OFFICE OF THE STATES ATTORNEY<br>20 W COURTLAND ST<br>BEL AIR, MD  21014-0000 | 0.00 | Base Plan | UNSECURED |

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|
| 014 | SECURITY CHECK<br>PO BOX 1530 DEPT 010<br>SOUTHAVEN, MS  38671-0000 | 0.00 | Base Plan | UNSECURED |
| 017 | T-MOBILE USA, INC.<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 53410<br>BELLEVUE, WA  98015 | 391.76 | Base Plan | UNSECURED |
| 015 | UMMS<br>C/O NEIL BLOOM<br>102 W PENNSYLVANIA AVENUE #402<br>TOWSON, MD  21204-0000 | 0.00 | Base Plan | UNSECURED |

TOTAL:   $ 21,725.43

---

Pro Se                                                              0.00        Debtor's Attorney

,           -

---

Dated: June 4, 2008

/s/  GERARD R. VETTER

GERARD R. VETTER
Chapter 13 Trustee

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|

District of Maryland/Northern Division

## CERTIFICATE OF SERVICE

Judge: Duncan W. Keir                  Bankruptcy Case Number 07-22153-DK

Pro Se          CYNTHIA D COTTON
1128 WILSON AVENUE
GWYNN OAK, MD 21207

,

    I hereby certify, under penalty of perjury under the laws of the United States, that I am over the age of eighteen years, and not a party to this action; that I am a citizen of the United States and that my business address is 7310 Ritchie Highway, Glen Burnie, MD; that I executed this Certificate of Service and served a true copy of the NOTICE OF CLAIMS RECEIVED BY THE CHAPTER 13 TRUSTEE by placing a true copy thereof; enclosed in a sealed envelope, with postage thereon fully prepaid, for deposit with the United States Postal Service, first-class postage, addressed as listed above.

Dated: June 4, 2008                    /s/ GERARD R. VETTER

                                              GERARD R. VETTER