

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| IN RE: | * | |
| CYNTHIA D COTTON | * | Case No.: 07-22153-DK |
| Debtor | * | Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER APPROVING SALE

Upon a motion and/or notice by the Debtor for authority to sell property, and the conditional response of the Chapter 13 Trustee, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED, THAT DEBTOR AND DEBTOR'S COUNSEL OF RECORD IN THIS CASE SHALL SERVE A COPY OF THIS ORDER UPON THE SETTLEMENT OFFICER CONDUCTING SETTLEMENT OF THE SALE, PRIOR TO SETTLEMENT;** and it is further

ORDERED, that the debtor is authorized to sell the property located at 1128 Wilson Avenue, Gwynn Oak, Md 21207   , under the conditions of this Order; and it is further

ORDERED, that all debts secured by present liens, mortgages and deeds of trust secured by the property shall be paid at settlement; and it is further

ORDERED, that from proceeds of the sale, after payment of costs of closing and all debt

secured by present liens upon the property, the **SETTLEMENT OFFICER MUST REMIT DIRECTLY TO THE CHAPTER 13 TRUSTEE** that amount necessary to pay off all allowed claims, plus the Trustee's applicable percentage fee, along with a copy of the fully executed settlement sheet (HUD-1); and it is further

ORDERED, that the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

ORDERED, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

cc: Chapter 13 Trustee
    Debtor(s)
    Debtor(s)' Counsel

**END OF ORDER**