①
June 20, 2008

United States Bankruptcy Court
For The District of Maryland

Cynthia Cotton
  Debtor

Case No- 0722153-DK
Capter 13

I was Granted a motion to sale My home so that I can pay off My creder, one of my credors is IndyMac Bank. My Mortgage Co. I don't feel Indymac Bank should be granted To Take My home because The loan will be paid off from The sale from The home. I had Also Inform Indymac Bank That My Home Property Taxes, was on My payment plan. I don't feel that it is right for them to make Me pay Then if it is on My payment, And I had inform them of This. I had Also received a letter from Indymac Bank about my Home owner Insurance. if I have New Insurace Fax Them a copie of Policy. I'm with nationwide Insurance Co. My New Agent read The letter from Indymac Bank, About My Insurance. I gent Fax Them a copie when I was in is office. And Now they want me To pay them for Insurace, when I have My owns.

2) I do want the court to grant me a hearing to consider my views on the Motion to sale my Home and that Indymac Bank be paid ————————→ from The sales from My Home. I want Indymac Bank To explain To Me. why is The Loan Amount is Now $156,390.65

Please grant me this hearing for My Views

cc copies mail To:

Trustee office
Gerard R. Vetter
100 S charles ST
Suite 501 Tower II
Baltimore, md. 21201

FILED
2008 JUN 20 P 2:20
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

Lawer for Indymac Bank
Kevin Feig
4520 East West Highway,
Suite 200
Bethesda md. 20814

cynthia cotton
1128 Wilson Ave
Gwynn Oak md
21207
June, 20, 2008