Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:  07−22153
Judge:  Duncan W. Keir

In Re:    Cynthia D Cotton
          Debtor(s)

PLEASE TAKE NOTICE that a Final hearing will be held

at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

on 8/11/08 at 01:30 PM

to consider and act upon the following:

43 − Motion for Relief from Stay and Notice of Motion Re: 1128 Wilson Avenue, Gwynn Oak, MD 21207. Fee Amount $150, Notice Served on 6/10/08, Filed by IndyMac Bank, FSB. Hearing scheduled for 7/14/2008 at 01:30 PM at Courtroom 1−B, Baltimore − Judge Keir. Objections due by 6/27/2008. (Attachments: # (1) Notice of Motion # (2) Exhibit Deed of Trust# (3) Exhibit Note# (4) Exhibit Arrearage Worksheet) (Feig, Kevin)

47 − Response on behalf of Cynthia D Cotton Filed by Cynthia D Cotton (related document(s)[43] Relief from Stay and Notice of Motion, filed by Creditor IndyMac Bank, FSB). Hearing scheduled for 7/14/2008 at 01:30 PM at Courtroom 1−B, Baltimore − Judge Keir. (Constable, D)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/4/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson 410−962−4221