Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

### District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  07−22153
Judge:  Duncan W. Keir

In Re:   Cynthia D Cotton
         Debtor(s)

---

PLEASE TAKE NOTICE that a Final hearing will be held

at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

on 8/11/08 at 01:30 PM

to consider and act upon the following:

43 – Motion for Relief from Stay and Notice of Motion Re: 1128 Wilson Avenue, Gwynn Oak, MD 21207. Fee Amount $150, Notice Served on 6/10/08, Filed by IndyMac Bank, FSB. Hearing scheduled for 7/14/2008 at 01:30 PM at Courtroom 1−B, Baltimore – Judge Keir. Objections due by 6/27/2008. (Attachments: # (1) Notice of Motion # (2) Exhibit Deed of Trust# (3) Exhibit Note# (4) Exhibit Arrearage Worksheet) (Feig, Kevin)

47 – Response on behalf of Cynthia D Cotton Filed by Cynthia D Cotton (related document(s)[43] Relief from Stay and Notice of Motion, filed by Creditor IndyMac Bank, FSB). Hearing scheduled for 7/14/2008 at 01:30 PM at Courtroom 1−B, Baltimore – Judge Keir. (Constable, D)

---

## NOTICE TO MOVING PARTY

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 8/4/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson 410−962−4221

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0416-1          User: jjohnson          Page 1 of 1             Date Rcvd: Aug 04, 2008
Case: 07-22153               Form ID: ntchrgb2        Total Served: 2
```

```
The following entities were served by first class mail on Aug 06, 2008.
db          +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714
cr          +IndyMac Bank, FSB,   c/o Bierman, Geesing & Ward, LLC,   4520 East West Highway,   Suite 200,
             Bethesda, MD 20814-3382
```

```
The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2008**                    **Signature:**        *Joseph Speetjens*