BGW#: 51749

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE:                                                                    Case No. 07-22153-DK

CYNTHIA D. COTTON
    Debtor                                                            Chapter 13

_____

INDYMAC FEDERAL BANK, FSB FKA INDYMAC BANK, FSB
    Movant
*vs.*
CYNTHIA D. COTTON
    Debtor/Respondent
_____

## **LINE**

    The Clerk of the Court will please note that Movant will not oppose the Preliminary Order on its Motion for Relief from Automatic Stay entered by this Court on August 11, 2008.

<u>Dated: August 11, 2008:</u>          Respectfully Submitted,
                                          **Bierman, Geesing & Ward, LLC**

                                          <u>/s/ Kevin Feig, Esq.</u>
                                          Kevin Feig, Esq., MD Fed. Bar No. 15202
                                          4520 East West Highway, Suite 200
                                          Bethesda, MD  20814
                                          (301) 961-6555
                                          (301) 961-6545 (facsimile)
                                          bankruptcy@bgw-llc.com
                                          *Attorney for the Movant*

**CERTIFICATE OF SERVICES**

I hereby certify that to the extent that the following person(s) were not served electronically via the CM/ECF system, I mailed a copy of the foregoing Line, first class postage prepaid, on this 11th day of August, 2008, to the following:

Gerard R. Vetter, Trustee
100 S. Charles Street, Suite 501, Tower II
Baltimore, MD 21201

Cynthia D. Cotton
1128 Wilson Avenue
Gwynn Oak, MD 21207

Charles J. Balint, Esq.
8312 Liberty Road
Baltimore, MD 21244

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.