

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IN RE** | * | |
| CYNTHIA COTTON | * | CASE NO. 07-22153 |
| Debtor | * | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO EXTEND TIME TO SELL REAL PROPERTY

Upon the foregoing Motion to Extend Time to Sell Real Property same having been read and considered by the United States Bankruptcy Court;

**ORDERED**, that the Motion is hereby GRANTED.

CC:
Debtor atty
Trustee
Debtor

**END OF ORDER**