

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IN RE** | * | |
| CYNTHIA COTTON | * | CASE NO. 07-22153 |
| Debtor | * | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO EXTEND TIME TO SELL REAL PROPERTY

Upon the foregoing Motion to Extend Time to Sell Real Property same having been read and considered by the United States Bankruptcy Court;

**ORDERED**, that the Motion is hereby GRANTED.

CC:
Debtor atty
Trustee
Debtor

### END OF ORDER

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1            User: jjohnson              Page 1 of 1             Date Rcvd: Sep 16, 2008
Case: 07-22153                  Form ID: pdfparty           Total Served: 2

The following entities were served by first class mail on Sep 18, 2008.
db          +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714
cr          +IndyMac Bank, FSB,   c/o Bierman, Geesing & Ward, LLC,   4520 East West Highway,   Suite 200,
              Bethesda, MD 20814-3382

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2008**                    Signature:    _Joseph Speetjens_