**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

Date: 11/26/08

In re:   Case No.:   07−22153 DK     Chapter:   13

Cynthia D Cotton
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 57 – Motion to Extend Time to Sell property known as 1128 Wilson Avenue, Gwynn Oaks, MD 21207−4714 Filed by Cynthia D Cotton . (Attachments: # (1) Exhibit) (Johnson, J)

PROBLEM: A Certificate of Service on all entities affected by the pleading was not filed.

CURE: A Certificate of Service on all entities affected by the pleading must be filed by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 12/8/08.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson 410−962−4221

cc:   Debtor(s)
      Attorney for Debtor(s) – Charles J. Balint

Form defntc (01/06)

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: jjohnson              Page 1 of 1              Date Rcvd: Nov 26, 2008
Case: 07-22153                Form ID: defntc             Total Served: 1
```

The following entities were served by first class mail on Nov 28, 2008.
db          +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2008**                            **Signature:**    _Joseph Speetjens_