*nthia Cotton*   12-3-08

Case # 07-22153

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the _Motion To Exend Time_ was mailed first class, postage paid, this __3__ day of _December_, 2008

to:

FILED
2008 DEC -3 AM 11:09
U.S. B[...]
DIST[...]

_Cynthia Cotten_
Signature

Cynthia Nelson
1128 Wilson Ave
Lutherville, MD. 21207

Bernard R. Nelson
100 S. Charles Street,
Suite 501 Tower II
Baltimore, MD. 21201



Cynthia L
1128 Wilson
Bergman

Cynthia Wilson ave
1128 Wilson ave
Bergman OAK md. 21207

Kevin Feig
4520 East West Highway
Suite 200
Bethesda, md. 20814

Cynthia Matton
11208 Wilson Ave
Burgeau OAK Mal. 21207

Indymac Bank, FSB
6900 Beatrice Drive
3 Red. Floor
Kalamazoo, CA 49009


USA FIRST-CLASS FOREVER

Cynthia Cotton
1128 Wilson ave -
Gwynn Oak mel. 21207

Security check
P.O. Box 1530 Dept 010
Southaven, MS 38671-0000

USA FIRST-CLASS FOREVER

Cynthia Colton
1128 Wilson Ave.
Burgin OAK mol. 21207

T. Mobile USA Inc.
Attn: Bankruptcy Dept.
P.O. Box 53418
Bellevue, WA 98015



Cynthia Nelson
1128 Wilson Ave
Gwynn Oak md. 21207

Office of the States Attorney
20 W. Courtland St.
Belair md. 21014-0000



Cynthia Wilson
1128 Wilson Ave.
Bluegrass Oak md 21207

American Collections
6094 Franconia Rd.
Suite-D
Alexandria, VA 22310-0000



Cynthia Wilborn
1128 Wildon ave.
Bergman MK mgr. 21207

American Collections & NT, INC
P.O Box 30096
6094-D Franconia Rd
Alexandria, VA 22310-0000



Cynthia Holton
1128 Wilson Ave.
Lutherville, MD 21093

Baltimore County
John E. Beverungen
400 Washington Avenue
Room 219
Towson, MD 21204



Cynthia Nelson
1128 Wilson Ave
Bryans Oak Md. 21207

BGE
P.O Box 1475
Baltimore, Md. 21201



Cynthia Cotton
11128 Wilson ave
Bingman OAK Mod. 21207

To MMS
C/O Neil Bloom
102 W. Pennsylvania Ave.
Suite 402
Towson, Md. 21204-0000



Cynthia Britton
1128 Wilson Ave.
Gwynn Oak Md. 21207

City of Baltimore
200 N. Holliday Street
Baltimore, Md. 21202-3618



Cynthia Colton
1128 Wilson Ave.
Bergman, OAK md. 21207

Comcast
8031 Corporate Drive
Nottingham, md. 21236-4977



Cynthia Britton
1128 Wilson Ave.
Gwynn Oak Md. 21207

Comptroller of Maryland
Compliance Division
301 W. Preston St. Room 409
Baltimore, Md. 21201



Cynthia Watson
1128 Wildern Ave.
Bergen Oak Md. 21207

Department of the Treasury
Internal Revenue Service
P.O. Box 21125
Philadelphia, PA 19114



Cynthia Nelson
1128 Wilson Ave.
Oregon OAK mal. 2/207

Prenotified
P.O. Box 551268
Jacksonville, FL 32255



Cynthia Nelson
1128 Wilson Ave
Buynn Oak Md, 21207

E Guidrlate
P.O Box 6610
New port news, VA
23606-0008


USA FIRST-CLASS FOREVER

Cynthia Cotton
1128 Wilson Ave.
Glen Burnie OAK Md. 21207

Mercy Medical Center
Neil J Bloom ESQ.
102 W. Pennsylvania Ave
Suite 402
Towson, Md. 21204-0000

