**SO ORDERED**
**The time within debtor is authorized to sell under the order entered June 12, 2008, is extended to and including February, 10, 2009.**



_____
DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

United States Bankruptcy Court

_Cynthia Cotton_
**Debtor**

_07-22153_
**Case #**

<u>Motion To Extend Time To sell h</u>

First I Thank you for granting motion to Extend Time To sell my Home. On September 2008. My home was on firer. Because of fir damages and Repairs needed. I can not s my home. Unitil Repairs are done. I'm pa for all Repairs. Welch Constuction Remodel Co. Is in my home now working To Repa all firer damages and Repairs. Thank God I did have Insurance with nation wide Insurance Co. Welsh constuction is being pay $35,068.00 for all Repairs. God will— Welsh Construction co. is working very har to Relocte me back in my home, for the my nationwide Insura

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: jjohnson              Page 1 of 1                  Date Rcvd: Dec 15, 2008
Case: 07-22153                Form ID: pdfparty           Total Served: 2

The following entities were served by first class mail on Dec 17, 2008.
db           +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714
cr           +IndyMac Bank, FSB,   c/o Bierman, Geesing & Ward, LLC,   4520 East West Highway,   Suite 200,
              Bethesda, MD 20814-3382
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2008**                         **Signature:** _Joseph Speetjens_