## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: | * | Case No: |
| Cynthia D. Cotton | * | 07-22153 |
| | * | Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE ENTERING APPEARANCE OF COUNSEL

I, Antonio Aquia, enter my appearance in the above captioned case on behalf of the Debtor.

*/s/ Antonio Aquia*
Antonio Aquia
Bar # 26198
Belsky, Weinberg & Horowitz, LLC
200 N. Liberty
Baltimore, MD 21201
410-234-0100
aaquia@bwhlaw.com