

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   07−22153 − DK   Chapter:   13

Cynthia D Cotton
1128 Wilson Avenue
Gwynn Oak, MD 21207

## ORDER CONVERTING CHAPTER 13 CASE
## TO A CASE UNDER CHAPTER 7
## ON DEBTOR(S)' REQUEST

   Upon the consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

   ORDERED, that this Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code; and

   NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.


cc:   Debtor(s)
      Attorney for Debtor(s) − Charles J. Balint
      Chapter 13 Trustee − Gerard R. Vetter
      p.65


**13.6 − *jjohnson***

**End of Order**

# CERTIFICATE OF NOTICE

```
District/off: 0416-1            User: jjohnson              Page 1 of 1          Date Rcvd: Jan 22, 2009
Case: 07-22153                  Form ID: pdfparty           Total Served: 1
```

The following entities were served by first class mail on Jan 24, 2009.
db          +Cynthia D Cotton,    1128 Wilson Avenue,    Gwynn Oak, MD 21207-4714

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2009**                    Signature:       _Joseph Speetjens_