**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

**Date: 1/22/09**

In re:   Case No.:   07−22153 DK    Chapter:   7

Cynthia D Cotton
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:  **Voluntary Petition**

PROBLEM:  **The Statement of Intention is missing.**

CURE:  **The Statement of Intention shall be filed with the Court by the date below. A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.**

The above deficiency must be cured by **2/23/09** , or on or before the date of the first meeting of the creditors, whichever is earlier.

Additional information for non−attorney filers is available at **www.mdb.uscourts.gov/RL_prose.aspx**.

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson 410−962−4221

cc:   Debtor(s)
      Attorney for Debtor(s) − Charles J. Balint

Form stint (03/05)

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: jjohnson            Page 1 of 1            Date Rcvd: Jan 22, 2009
Case: 07-22153                Form ID: stint            Total Served: 1

The following entities were served by first class mail on Jan 24, 2009.
db           +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2009**              Signature:    _Joseph Speetjens_