### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IN RE** | * | |
|    CYNTHIA D. COTTON | * | CASE NO. 07-22153 |
|    Debtor | * | CHAPTER 13 |

* * * * * * * * * * * * *

### AMENDED MOTION TO STRIKE APPEARANCE OF CHARLES J. BALINT

Now comes, Charles Balint, attorney and moves that the Court strike his appearance as attorney for Debtor and for reasons states:

1. Debtor has had another attorney enter his appearance in this case.

2. Debtor has not retained the undersigned attorney to convert her case to Chapter 7.

WHEREFORE, Debtor's attorney prays that an Order be granted striking his appearance.

/s/Charles J. Balint
Charles J. Balint
8312 Liberty Road
Baltimore, Maryland  21244
(410) 922-0900

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2009, a copy of the foregoing Motion to Strike Appearance of Charles J. Balint was mailed first class, postage prepaid to Cynthia Cotton, 1128 Wilson Avenue, Gwynn Oak, MD 21207; and Gerard Vetter, Chapter 13 Trustee, 100 S. Charles Street, Suite 501, Tower II, Baltimore, MD  21201.

/s/Charles J. Balint
Charles J. Balint