

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

BGW#: 51749

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

*Baltimore Division*

| | |
|---|---|
| IN RE: | Case No. 07-22153-DWK |
| CYNTHIA D. COTTON | |
|    Debtor | Chapter 7 |

_____

FDIC AS CONSERVATOR FOR INDYMAC FEDERAL BANK, FSB

   Movant

vs.

CYNTHIA D. COTTON

   Debtor/Respondent

and

MICHAEL G. RINN

   Trustee/Respondent

_____

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Upon review of the Motion for Relief from the Automatic Stay filed herein by Federal Deposit Insurance Corporation, as Conservator for IndyMac Federal Bank, FSB successor to IndyMac Bank FSB ("Movant"), and in the absence of any opposition thereto,

    ORDERED that the Automatic Stay imposed by 11 U.S.C. § 362 (a) is TERMINATED to enable Movant and/or its successors and assigns to proceed with a foreclosure action in the Circuit Court for Baltimore County, Maryland, against the property known as 1128 Wilson Avenue, Gwynn Oak, MD 21207, and to allow the successful purchaser to obtain possession of same; and is further,

ORDERED, that the Automatic Stay of 11 U.S.C. § 362 (a) shall not be reimposed as to the Debtor interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

Bierman, Geesing & Ward, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

Michael G. Rinn, Trustee
111 Warren Road, Suite 4
Cockeysville, MD  21030

Antonio Aquia
220 North Liberty Street
Baltimore, MD  21201

Cynthia D. Cotton
1128 Wilson Avenue
Gwynn Oak, MD  21207

**END OF ORDER**

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: jjohnson              Page 1 of 1           Date Rcvd: Mar 17, 2009
Case: 07-22153                Form ID: pdfparty           Total Served: 2

The following entities were served by first class mail on Mar 19, 2009.
db           +Cynthia D Cotton,    1128 Wilson Avenue,    Gwynn Oak, MD 21207-4714
cr           +FDIC, as Conservator,    for IndyMac Federal Bank, FSB,    c/o Bierman, Geesing & Ward, LLC,
               4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 19, 2009**          Signature:  _Joseph Speetjens_