UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

Case No.:   07–22153 – DK     Chapter:   7

Cynthia D Cotton

Dated: 3/18/09

Dear Sir/Madam:

   In keeping with the practice of this office, we are hereby notifying you that the parties listed below have not received a copy of the following:

- ☑ 341 meeting notice
- ☐ Notice of Hearing – Document
- ☐ Order – Document

due to the following reasons:

- ☐ Insufficient/incomplete address on mailing matrix
- ☑ Returned, undeliverable
- ☐ Forwarding order expired

   In compliance with Local Bankruptcy Rules 1007–1 and 1007–3, it is the responsibility of the debtor to provide current mailing addresses for creditors listed on the petition. The address provided to the court is incorrect and cannot be used for future noticing purposes. Please submit an amendment to your matrix and a certification of completed mailing of the above–noted document to guarantee that due process is served.

Insufficient addressee(s):

American Collections E
6094 Franconia Rd Ste D
Alexandria, VA 22310–4433

                                      Sincerely,

                                      Mark D. Sammons, Clerk of Court
                                      by Deputy Clerk, A Martin (410) 962–2688

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: amartin           Page 1 of 1           Date Rcvd: Mar 18, 2009
Case: 07-22153                Form ID: retmail        Total Served: 1

The following entities were served by first class mail on Mar 20, 2009.
db           +Cynthia D Cotton,   1128 Wilson Avenue,   Gwynn Oak, MD 21207-4714

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2009**                    Signature:  _Joseph Speetjens_